# Court of Appeals
# of the State of Georgia

ATLANTA, April 14, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0276. IN THE INTEREST OF C. L. et al., CHILDREN (MOTHER).**

On September 10, 2019, the juvenile court entered an order finding C. L. and C. K. dependent and ordering the children removed from the mother's custody and placed in emergency shelter care. On March 22, 2023, the mother filed an application seeking discretionary appellate review of that order. We lack jurisdiction.

Because a direct appeal will lie from an order within a dependency proceeding, this Court will grant a timely-filed discretionary application from a dependency finding. See *In the Interest of J. P.*, 267 Ga. 492, 493 (480 SE2d 8) (1997); *In the Interest of S. J.*, 270 Ga. App. 598, 608 (1) (a), (b) (607 SE2d 225) (2004); see OCGA § 5-6-35 (j). To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d).

In this case, the mother filed her application more than three years after entry of the trial court order she seeks to appeal; notably, the application materials include no court order entered within 30 days of the date of the application. The requirements of OCGA § 5-6-35 are jurisdictional, and we cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App.734, 734 (380 SE2d 57) (1989).

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,*  04/14/2023

　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*